McGREGOR W. SCOTT
United States Attorney for the
 Eastern District of California
KRISTI C. KAPETAN
Assistant U. S. Attorney
Room 3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: 559-498-7440
Fax:  559-498-7432

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLI MAE THROCKMORTON ) | 1:02-cv-5509-SMS |
| TERBUSH, and JAMES W. ) | |
| TERBUSH, ) | STIPULATION AND ORDER |
| ) | MODIFYING LITIGATION SCHEDULE |
| Plaintiffs, ) | (note time change) * |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

        Due to conflicting schedules, the parties have agreed to the following amendments to the

scheduling conference order:

**ITEM**                                                              **DATE DUE**

Hearing on Motion for summary judgment                                August 5, 2005
(continued from 6/24/05 at 9:30a.m.)                                  at 9:30 a.m. *
                                                                      (not 10:00 a.m.)

/////

1

Pretrial Conference                                      September 19, 2005
(continued from 7/12/05)                                 at 2:00 p.m.


Trial    - (Court trial 3 days)                          November 7, 2005
(continued from 8/29/2005)                               at 9:00 a.m.


        All other dates to remain the same.  The briefing schedule for the summary judgment

motion remains the same: Opposition due June 10, 2005, Reply due June 17, 2005.



                                          Respectfully submitted,

**FOR DEFENDANT**

DATED: May 26, 2005                       McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Kristi C. Kapetan
                                    By:   KRISTI C. KAPETAN
                                          Assistant U.S. Attorney

**FOR PLAINTIFFS**

DATED: May 25 , 2005                      BARR & MUDFORD


                                          /s/ Dugan Barr
                                          DUGAN BARR
                                          Attorney for Plaintiff


IT IS SO ORDERED.


DATED:   May 26, 2005


                                           /s/ Sandra M. Snyder
                                          SANDRA M. SNYDER
                                          United States Magistrate Judge

2