1  **DUGAN BARR**................... State Bar No. 40663
   **DOUGLAS MUDFORD**..... State Bar No. 156392
2  **J. MICHAEL FAVOR** ....... State Bar No. 85558
   **DAVID CASE** ................... State Bar No. 56701
3  **DOUGLAS H. NEWLAN** .. State Bar No. 032250
   **BARR & MUDFORD**
4  1824 Court Street / P.O. Box 994390
   Redding, CA 96099-4390
5  Telephone: 530-243-8008
   Facsimile: 530-243-1648
6
7  Attorneys for Plaintiffs, STANLIEMAE THROCKMORTON TERBUSH and JAMES W. TERBUSH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO BRANCH

| | |
|---|---|
| STANLEY MAE THROCKMORTON TERBUSH and JAMES W. TERBUSH, Heirs at Law and Successors in Interest of PETER JAMES TERBUSH, Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | No. CIV. 1:02-cv-05509-SMS<br><br>**STIPULATION AND ORDER MODIFYING LITIGATION SCHEDULE** |

The parties request an extension of time for the briefing schedule for the summary judgment motion and have agreed to the following amendments to the scheduling conference order:

**ITEM:**                                                **DATE DUE:**

Oppositions to summary judgment motion                    6/17/2005

| | | |
|---|---|---|
| 1 | Reply to summary judgment motion | 7/1/2005 |
| 2 | Hearing on Motion for Summary Judgment (Remains the same) | 8/5/2005 @ 9:30 a.m. |
| 3 | Trial (Court Trial - 3 days) (Remains the same) | 11/7/2005 |

Respectfully submitted,

**FOR DEFENDANT**

DATED: Jun 10, 2005.              By   /s/ McGregor Scott
                                       MCGREGOR SCOTT
                                       United States Attorney


                                  By   /s/ Kristi C. Kapetan
                                       KRISTI C. KAPATAN
                                       United States Attorney


**FOR PLAINTIFFS**

DATED: Jun 10, 2005.              BARR & MUDFORD, LLP


                                  By   /s/ Dugan Barr
                                       DUGAN BARR
                                       Attorney for Plaintiffs


IT IS SO ORDERED.

**Dated:   June 15, 2005**              /s/ Sandra M. Snyder
icido3                           UNITED STATES MAGISTRATE JUDGE