UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLI MAE THROCKMORTON TERBUSH, et al., | ) 1:02-CV-5509-SMS<br>)<br>) ORDER PERMITTING SUPPLEMENTAL |
| Plaintiffs, | ) BRIEFING AND DIRECTING THE FILING<br>) OF A COMPLETE COPY OF NPS-50 NO |
| v. | ) LATER THAN AUGUST 24, 2005<br>) |
| UNITED STATES OF AMERICA, | ) ORDER VACATING HEARING ON MOTION |
| Defendant. | ) FOR SUMMARY JUDGMENT SET FOR<br>) AUGUST 23, 2005<br>) |

**ORDER SETTING HEARING ON MOTION FOR SUMMARY JUDGMENT**

**Date of Hearing: October 7, 2005**
**Time:              9:30 a.m**
**Courtroom:        4**

ORDER VACATING PRETRIAL
CONFERENCE SET FOR SEPTEMBER 19,
2005, AT 2:00 P.M.

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301.

After briefing on the summary judgment motion appeared to be complete, Plaintiffs filed a supplemental brief concerning a

1

1  program guideline, NPS-50, and attached some pages of the
2  guideline. Defendant's counsel, who was on vacation, indicated
3  informally that she desired to reply to the supplemental brief
4  and would provide the court with the full text of NPS-50 upon
5  return, but would do so only five days before the hearing
6  scheduled for August 23, 2005.

7      Due to the Court's convenience and availability, and in the
8  interest of the efficient administration of justice, it IS
9  ORDERED that

10      1. Defendant MAY FILE a supplemental reply brief no later
11  than August 24, 2005; and

12      2. Defendant SHALL FILE a complete and full text of NPS-50
13  no later than August 24, 2005; and

14      3. The hearing on the motion for summary judgment presently
15  scheduled for August 23, 2005, IS VACATED; and

16      4. The hearing on the motion for summary judgment IS RESET
17  for October 7, 2005, at 9:30 a.m. in the Courtroom of the
18  undersigned Magistrate Judge; and

19      5. The pretrial conference, presently set for September 19,
20  2005, IS VACATED and will be reset when the motion for summary
21  judgment has been determined.

22  IT IS SO ORDERED.

23  **Dated:    August 16, 2005             /s/ Sandra M. Snyder**
    icido3                    UNITED STATES MAGISTRATE JUDGE

2