McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2741
(916) 554-2900 fax

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLI MAE THROCKMORTON TERBUSH; JAMES W. TERBUSH, Heirs at law and successor in interest; PETER JAMES TERBUSH, Decedent,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:02-cv-05509-SMS<br><br>**STIPULATION AND ORDER FOR A SIX WEEK CONTINUANCE OF THE JULY 8TH SCHEDULING/STATUS CONFERENCE**<br><br>SCHEDULING CONFERENCE:<br>Old Date:   July 8, 2008<br>**NEW DATE: September 2, 2008**<br>**TIME: 9:15 a.m.** |

The parties, by and through their counsel of record, HEREBY STIPULATE to a six week continuance of the July 8th Scheduling/Status Conference. Good cause exists for this continuance. Plaintiff's counsel recently returned from a lengthy trip out of the country and is currently in a trial that is expected to last until *at least* the end of this month. Defense counsel only recently associated into this action and will be traveling throughout the country during the next six weeks for expert depositions in another case and is then scheduled to be out of the country through August 15th. The parties have already participated in phone conferences to discuss this action and the requisite joint statement. The parties agree that additional time is

1

1  needed to discuss this case, to try to meet in person, and to finalize a comprehensive joint
2  statement.  Accordingly, the parties hereby STIPULATE to a six week continuance of the
3  currently scheduled, July 8th, scheduling/status conference.
4  IT IS SO STIPULATED.
5  DATED:  June 20, 2008                           McGREGOR W. SCOTT
                                                   United States Attorney
6
7
8                                                  By:    /s/  Kelli L. Taylor
                                                          KELLI L. TAYLOR
9                                                         Assistant United States Attorney

10 DATED:  June 20, 2008
11
12                                                 By:    /s/ John D. Barr
                                                          JOHN D. BARR
                                                          BAR & MUDFORD
13                                                        Attorneys for Plaintiffs

14                                  **ORDER**

15      Pursuant to the parties stipulation, and for good cause shown, the court hereby GRANTS
16 the request for a six week continuance of the July 8, 2008 Scheduling/Status Conference.  The
17 conference is hereby rescheduled until **9:15 a.m. on September 2, 2008** to be conducted
18 telephonically in Courtroom 7.  Plaintiff's counsel is to make arrangements for the conference
19 call with the AT&T operator and shall initiate the call at the above-designated time.  After all
20 parties are on the line, the call should then be placed to Judge Snyder's chambers at (559)499-
21 5690. NOTE: A JOINT Scheduling Conference/Status Report carefully prepared and executed
22 by all counsel, shall be electronically filed in CM/ECF, in full compliance with the
23 requirements set forth in, ORDER SETTING MANDATORY SCHEDULING CONFERENCE
24 Exhibit  "A", one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in
25 WordPerfect or Word format, to smsorders@caed.uscourts.gov.
26 IT IS SO ORDERED.
27 **Dated:   June 23, 2008**                            **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE
28