LAWRENCE G. BROWN
Acting United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2741
(916) 554-2900 fax

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLI MAE THROCKMORTON TERBUSH; JAMES W. TERBUSH, Heirs at law and successor in interest; PETER JAMES TERBUSH, Decedent,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:02-cv-05509-SMS<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

The parties, by and through their counsel of record, HEREBY STIPULATE to modify the Court's October 1, 2008 scheduling order based on the fact that Plaintiff's lead counsel, Dugan Barr, recently underwent an emergency triple bypass operation. Mr. Barr will be recuperating for the next few months and is not expected to be medically released to return to work full time until May or June 2009. Mr. Barr's ailment prevents him from participating in the upcoming two-day deposition of Plaintiffs' expert witness, Dr. Watts, who the parties agreed would be deposed prior to the production of defense experts' reports in this case. Given the lengthy history of this litigation, Plaintiffs prefer that Mr. Barr defend Dr. Watts' deposition instead of any of the other counsel listed on the caption. The deposition of Dr. Watts is needed before the defense experts can finalize their reports and per the agreement of counsel. Dr.

1  Watts has never been deposed in this litigation. Based on the unforeseen circumstances
2  described herein, the parties stipulate and agree to the following scheduling order changes:
3  •  Defendant's Last Day To Identify Percipient Witnesses and Produce Expert Reports will
4     be continued from March 20, 2009 until July 1, 2009;
5  •  Plaintiff's Last Day To File "Any Supplements to Dr. Watts' Report" will be continued
6     from May 22, 2009 until August 15, 2009;
7  •  Defendant's Last Day to Submit Supplemental or Rebuttal Expert Reports will be
8     continued from July 17, 2009 until September 30, 2009; and
9  •  The last date to file dispositive motions will be continued from September 30, 2009 until
10    October 30, 2009.
11     The parties have not previously requested any changes to the October 1, 2008
12 Scheduling Order. The parties do not currently anticipate requesting any other Scheduling
13 Order changes. The parties have decreased the time for the production of supplemental expert
14 reports to minimize the impact of this schedule modification. The new schedule only results in
15 a one month net change in the last date of currently scheduled case activities.
16 IT IS SO STIPULATED.
17 DATED:  March 2, 2009            LAWRENCE G. BROWN
                                     Acting United States Attorney
18
19
                                  By:     /s/  Kelli L. Taylor
20                                     KELLI L. TAYLOR
                                       Assistant United States Attorney
21
22 DATED:  March 2, 2009
23
                                  By:     /s/ John D. Barr
24                                     JOHN D. BARR
                                       BAR & MUDFORD
25                                     Attorneys for Plaintiffs
26
27
28

# **ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the court hereby GRANTS the request for a modification of the October 10, 2008 Scheduling Order and Orders as follows:

- Defendant's Last Day To Identify Percipient Witnesses and Produce Expert Reports is now July 1, 2009;
- Plaintiff's Last Day To File "Any Supplements Dr. Watts' Report" is now August 15, 2009;
- Defendant's Last Day to Submit Supplemental or Rebuttal Expert Reports is now September 30, 2009; and
- The last date to file dispositive motions is now October 30, 2009.

•

IT IS SO ORDERED.

**Dated:     March 4, 2009**                          **/s/ Sandra M. Snyder**
                                                              UNITED STATES MAGISTRATE JUDGE