LAWRENCE G. BROWN
Acting United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2741

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLI MAE THROCKMORTON TERBUSH; JAMES W. TERBUSH, Heirs at law and successor in interest; PETER JAMES TERBUSH, Decedent,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 1:02-cv-05509-SMS<br><br>**STIPULATION TO NOT FILE CASE RELATED DOCUMENTS WITH THE EXPERT WITNESS DISCLOSURES;**<br><br>**ORDER** |

ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

There are extensive case related documents in this matter consisting of documents generated in the normal course of business such as historical maps, records, articles, notes, memorandums, photographs, emails, letters, etc.. Extensive documents have also been generated during this litigation including prior expert reports, depositions, declarations and discovery responses. The parties have already exchanged and produced these documents and also provided them to their experts for consideration of matters at issue in this case.

The parties hereby STIPULATE that these case related documents do not have to be filed by the parties with the Expert Witness Reports. The reports will, however, identify any case related materials that the experts relied on and the parties agree to reproduce any documents at the request of the other

party. The parties acknowledge that this stipulation regarding the production of case related materials does not otherwise impact their obligations under Federal Rules of Civil Procedures 26(a)(2)(B).

IT IS SO STIPULATED.

                                                 LAWRENCE G. BROWN
                                                 Acting United States Attorney

Date: June 29, 2009                       */s/ Kelli L. Taylor*
                                                 By: Kelli L. Taylor
                                                 Assistant United States Attorney
                                                 Counsel for the United States


Date: June 29, 2009                       */s/ Dugan Barr*
                                                 By: Dugan Barr
                                                 Barr & Mudford
                                                 Counsel for Plaintiff

## ORDER

The Court hereby acknowledges that the case related documents, which includes documents generated in the normal course of business such as historical maps, records, articles, notes, memorandums, photographs, emails, letters, etc.; as well as documents generated during this litigation including prior expert reports, depositions, declarations and discovery, are extensive and have already been exchanged by the parties. As such, pursuant to the parties' stipulation and good cause appearing, the Court hereby orders that case related documents do not have to be filed with the Expert Witness Reports. Those reports shall, however, identify any case related materials relied upon by the experts and the parties shall reproduce any documents at the request of the other party. This Order does not otherwise impact Rule 26(a)(2)(B) of the Federal Rules of Civil Procedures and the parties are reminded to expressly comply with all requirements set forth therein.

IT IS SO ORDERED.

DATED:    June 30, 2009

                                               By     /s/ Sandra M. Snyder
                                                      SANDRA M. SNYDER
                                                      United States Magistrate Judge