1   LAWRENCE G. BROWN
    Acting United States Attorney
2   KELLI L. TAYLOR
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2741

5   Attorneys for the United States of America

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  STANLI MAE THROCKMORTON            )   CASE NO. 1:02-cv-05509-SMS
    TERBUSH; JAMES W. TERBUSH, Heirs at )
11  law and successor in interest; PETER JAMES )
    TERBUSH, Decedent,                 )
12                                     )   **STIPULATION TO FILE COMPLETE**
                                       )   **EXPERT Dr. SITAR REPORT:**
13            Plaintiff(s),            )
                                       )   **ORDER**
14  v.                                 )
                                       )
15                                     )
    UNITED STATES OF AMERICA,          )
16                                     )
              Defendant.               )
17

18        ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY

19  STIPULATE AND AGREE AS FOLLOWS:

20        The United States timely filed its expert reports on July 1, 2009 in compliance with this Court's

21  scheduling orders dated October 3, 2008 and March 4, 2009.  (Court Docket ("CD") # 91, 100).

22  Exhibit 3 to the expert disclosures was a 20 page report of Dr. Nicholas Sitar (CD #108).  It was just

23  discovered that the top portion of three of the pages on Dr. Sitars report were cut off in the filing

24  process and thus partial paragraphs of text are missing from those three pages (*see* CD# 108, p. 7, 9,

25  and 10 of 20).

26        The parties hereby stipulate that the attached report of Dr. Sitar can be filed and replace Exhibit

27  3, CD #108, pages 1-20 only.  No other changes are made to the United States' expert disclosure.

28

                                        1

IT IS SO STIPULATED.

LAWRENCE G. BROWN
Acting United States Attorney

Date: July 2, 2009                    */s/ Kelli L. Taylor*
                                      By: Kelli L. Taylor
                                      Assistant United States Attorney
                                      Counsel for the United States


Date: July 2, 2009                    */s/ Dugan Barr*
                                      By: Dugan Barr
                                      Barr & Mudford
                                      Counsel for Plaintiff

ORDER

Pursuant to the parties' stipulation and good cause appearing, the Court hereby orders that the report of Dr. Sitar filed on July 1, 2009, which was missing portions of text on three pages (CD# 108, p. 7, 9, and 10 of 20) is hereby replaced with the Dr. Sitar report that is attached to the parties stipulated agreement.

IT IS SO ORDERED.

**Dated:    July 8, 2009**                    **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

2