| | |
|---|---|
| 1 | **JOHN D. "DUGAN" BARR** .......... State Bar No. 40663 |
| 2 | **DOUGLAS MUDFORD**................. State Bar No. 156392 |
| | **DAVID CASE**................................ State Bar No. 56701 |
| 3 | **DOUGLAS H. NEWLAN** .............. State Bar No. 032250 |
| | **BARR & MUDFORD, LLP** |
| 4 | 1824 Court Street/Post Office Box 994390 |
| 5 | Redding, California  96099-4390 |
| | Telephone:  (530) 243-8008   Fax:  (530) 243-1648 |
| 6 | |
| | Attorneys for Plaintiffs STANLI MAE THROCKMORTON |
| 7 | TERBUSH and JAMES W. TERBUSH |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH**

| | |
|---|---|
| STANLI MAE THROCKMORTON TERBUSH and JAMES W. TERBUSH, Heirs at Law and Successors in Interest of PETER JAMES TERBUSH, Decedent,,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | No.  CIV. 1:02-CV-05509-SMS<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The parties hereby request an extension of time for the briefing schedule for defendant's Motion for Summary Judgment and have agreed to the following amendments to the briefing schedule:

| **ITEM** | **DATE DUE** |
|---|---|
| Plaintiffs' Opposition to Motion for for Summary Judgment | November 27, 2009 |
| Defendant's Reply to Opposition to Motion for Summary Judgment | December 9, 2009 |

**BARR&MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 1 of 2

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE DEFENDANT'S MSJ

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully Submitted,

**FOR DEFENDANT**

DATED: November 12, 2009        /s/  Kelli L. Taylor
                                KELLI L. TAYLOR
                                Assistant U.S. Attorney

**FOR PLAINTIFFS**

DATED: November 12, 2009        BARR & MUDFORD


                                /s/  John D. (Dugan) Barr
                                JOHN D. (DUGAN) BARR
                                Attorney for Plaintiffs


**ORDER**

   IT IS SO ORDERED.


Dated:    **November 18, 2009**            **/s/ Sandra M. Snyder**
                                **UNITED STATES MAGISTRATE JUDGE**

**BARR&MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390

Page 2 of 2
STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE DEFENDANT'S MSJ

PDF created with pdfFactory trial version www.pdffactory.com