1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  JASON EHRLINSPIEL
   Assistant United States Attorney
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone:  (916) 554-2741
   Facsimile:  (916) 554-2900
6
   Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLI MAE THROCKMORTON TERBUSH; JAMES W. TERBUSH, Heirs at law and successor in interest; PETER JAMES TERBUSH, Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:02-cv-05509-SMS<br><br>NOTICE OF SETTLEMENT; STIPULATION TO FILE DISPOSITIONAL DOCUMENTS IN 60 DAYS;  ORDER THEREON |

NOTICE IS HEREBY GIVEN that the parties have agreed to settle the above-entitled action in its entirety, wherein the United States agrees to waive costs and Plaintiffs agree to waive their right to appeal.

The parties stipulate that the Settlement Agreement, Releases and Stipulation for Dismissal can be filed within sixty days.  Good cause exists to extend the deadline, set forth in Local Rule 160, for filing the dispositional documents because Mr. Terbush, one of the settling parties, is an officer in the USN and involved in the rescue and humanitarian efforts in Haiti, and thus obtaining all requisite signatures is expected to take some time.

IT IS SO STIPULATED

| | | |
|---|---|---|
| DATED: March 3, 2010 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | */s/ Kelli L. Taylor*<br>KELLI L. TAYLOR<br>Assistant U.S. Attorney<br>Attorneys for the United States of America |
| DATED: March 3, 2010 | | BARR AND MUDFORD |
| | By: | /s/ John D. Barr<br>JOHN D. BARR<br>BAR & MUDFORD<br>Attorneys for Plaintiffs |

## **ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the court hereby GRANTS the request that dispositional documents can be filed within 60 days of this notice of settlement

IT IS SO ORDERED.

**Dated:  March 4, 2010**             /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE